**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: J.C.W.H., A MNOR | : | No. 248 EAL 2023 |
| | : | |
| | : | |
| | : | |
| PETITION OF: C.J., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 3rd day of October, 2023, the Petition for Allowance of Appeal is **DENIED**.